Order issued November 27, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01446-CV

## IN RE CHAPMAN HEXT & CO., P.C., GREGORY W. HEXT, CH WEALTH MANAGEMENT, LLC, WHITE ROCK ADVISORS, LLC, AND CHARLES E. CHAPMAN, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01326**

# ORDER

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

We **ORDER** that relators bear the costs of this original proceeding. We **LIFT** the stay imposed by our order of October 25, 2012.

_____
JIM MOSELEY
JUSTICE